3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 19 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EXIT NOW OUTDOOR, LLC. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-076 |
| | § | |
| YGNACIO D. GARZA AND | § | |
| CONVERSE VENTURES, INC. | § | |

TYPE OF CASE:           __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**NOVEMBER 13, 1998 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 15, 1998

TO:   MR. TRACY L. HOWARD
      MS. MARY LOU RYAN RAY