IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EXIT NOW OUTDOOR, LLC, | § § |
| Plaintiff, | § § |
| vs. | § C.A. NO. B-98-76 |
| | § |
| YGNACIO D. GARZA and | § |
| CONVERSE VENTURES, INC. | § § |
| Defendants. | § |

## ORDER ON
## STIPULATION TO DISMISS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and based upon the Stipulated Motion for Dismissal submitted by Plaintiff, Exit Now Outdoor, LLC and Defendant, Ygnacio D. Garza, and for good cause shown, the Court

GRANTS the Motion to dismiss the case without prejudice, and for each party to bear its own costs and attorneys fees.

SIGNED this 19 day of November, 1998.

_____
UNITED STATES DISTRICT JUDGE

ClibPDF - www.fastio.com

APPROVED & ENTRY REQUESTED:

_____
Tracy L. Howard
State Bar No. 10080600
Federal Admission No. 13790
Clayton Gollnick
State Bar No. 00798210
Federal Admission No. 21148
VINSON & ELKINS L.L.P.
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
(713) 758-4512
(713) 615-1060 Facsimile

ATTORNEYS FOR PLAINTIFF, EXIT NOW OUTDOOR, LLC


_____
Mary Lou Ryan Ray
State Bar No. 17478400
Federal Admissions No. 1441
RANSOME & RAY, P.C.
550 E. Levee Street
Brownsville, Texas 78520-5343

ATTORNEYS FOR DEFENDANT, YGNACIO D. GARZA

VEHOU05:108157.1